HAMITER, Justice
(dissenting).
As is shown in the majority opinion the unitization declaration of February 13, 1950, which contained a description of the Sonnier land, was initially invalid solely because the lessee had not previously obtained authority from Sonnier to incorporate his property in the unit. However, in my opinion, such declaration was retroactively ratified by implication and rendered valid as of such date by the authorization to unitize which Sonnier granted on October 31, 1950. LSA-Civil Code Article 1840; Acadian Production Corporation of Louisiana v. Savanna Cor-' *335 poration, 222 La. 617, 63 So.2d 141 (and cases therein cited). As a consequence, particularly since in the meantime Touchet made no complaint as to the unit originally created but rather received shut-in royalties from the unitized lands, the royalty interest of appellants was not lost by the prescription of ten years liberandi causa (apparently for the same reason the Touchet lease, dated February 19, 1945, continued in force and effect after the expiration of its primary term of five years.
I respectfully dissent.